UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **14-20557** CR-COOKE

21 U.S.C. § 963
21 U.S.C. § 959
21 U.S.C. § 853

/TORRES



FILED by _____ D.C.

AUG -5 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

UNITED STATES OF AMERICA

vs.

YANETH DEL CARMEN VERGARA HERNANDEZ,
   a/k/a "La Tia,"
SEBASTIANA HORTENCIA COTTON VASQUEZ,
   a/k/a "Doña Tana," and
OLIVERIO FERNANDO PALEAZ SOLANO,
   a/k/a "Captain America,"
        Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning in and around June of 2013, and continuing through the date of the filing of this indictment, in the countries of Colombia, Venezuela, Ecuador, Honduras, Guatemala, and Mexico, and elsewhere, the defendant,

YANETH DEL CARMEN VERGARA HERNANDEZ,
a/k/a "La Tia,"
SEBASTIANA HORTENCIA COTTON VASQUEZ,
a/k/a "Doña Tana," and
OLIVERIO FERNANDO PALEAZ SOLANO,
a/k/a "Captain America,"

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, knowing that such

controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

With respect to defendants **YANETH DEL CARMEN VERGARA HERNANDEZ, a/k/a "La Tia," SEBASTIANA HORTENCIA COTTON VASQUEZ, a/k/a "Doña Tana," and OLIVERIO FERNANDO PALEAZ SOLANO, a/k/a "Captain America,"** the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 963 and Title 21, United States Code, Section 960(b)(1)(B).

## COUNT 2

On or about ~~November 6, 2006~~ January 10, 2014 /ed/, in the countries of Colombia, Venezuela, Ecuador, Honduras, Guatemala,, and elsewhere, the defendants,

**YANETH DEL CARMEN VERGARA HERNANDEZ,
a/k/a "La Tia,"
SEBASTIANA HORTENCIA COTTON VASQUEZ,
a/k/a "Doña Tana," and
OLIVERIO FERNANDO PALEAZ SOLANO,
a/k/a "Captain America,"**

did knowingly and intentionally manufacture and distribute a Schedule II controlled substance knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable

2

amount of cocaine.

## FORFEITURE ALLEGATION

1. The allegations of this Indictment are re-alleged and incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants, **YANETH DEL CARMEN VERGARA HERNANDEZ, a/k/a "La Tia," SEBASTIANA HORTENCIA COTTON VASQUEZ, a/k/a "Doña Tana," and OLIVERIO FERNANDO PALEAZ SOLANO, a/k/a "Captain America,"** have an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 963 or Title 21, United States Code, Section 959, as alleged in this Indictment, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the violation, pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

MONIQUE BOTERO
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

YANETH DEL CARMEN VERGARA HERNANDEZ,
    a/k/a "La Tia," et al.

**Defendants.**
_____/

**Superseding Case Information:**

Court Division: (Select One)

  _X_ Miami   ____ Key West
  ____ FTL   ____ WPB ____ FTP ____

New Defendant(s)   Yes _____ No _____
Number of New Defendants _____
Total number of counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No)    Yes
   List language and/or dialect   Spanish
4. This case will take ___5-7___ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

| | (Check only one) | | | (Check only one) |
|---|---|---|---|---|
| I | 0 to 5 days | ____ | Petty | ____ |
| II | 6 to 10 days | _X_ | Minor | ____ |
| III | 11 to 20 days | ____ | Misdem. | ____ |
| IV | 21 to 60 days | ____ | Felony | _X_ |
| V | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_   If yes:
Judge: _____ Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) ___No___   If yes:
Magistrate Case No.: _____
Related Miscellaneous number: _____
Defendant(s) in federal custody as of: _____
Defendant(s) in state custody as of: _____
Rule 20 from the District of: _____
Is this a potential death penalty case? (Yes or No) _No_
7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes _X_ No
8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes _X_ No

                                         _/s/ Monique Botero_
                                        MONIQUE BOTERO
                                        ASSISTANT UNITED STATES ATTORNEY
                                        FLA. BAR NO. 722286

*Penalty Sheet(s) attached                                                                                REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>YANETH DEL CARMEN VERGARA HERNANDEZ, a/k/a "La Tia"</u>

**Case No:** _____

Count #: 1

<u>Conspiracy to distribute cocaine knowing it would be imported into the United States</u>

<u>Title 21, United States Code, Section 963</u>

**\* Max.Penalty:**    Life Imprisonment

Count #: 2

<u>Manufacture and distribution of cocaine knowing it would be imported into the United States</u>

<u>Title 21, United States Code, Section 959</u>

**\* Max.Penalty:**    Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>SEBASTIANA HORTENCIA COTTON VASQUEZ, a/k/a "Doña Tana"</u>

**Case No:** _____

Count #: 1

Conspiracy to distribute cocaine knowing it would be imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty**:   Life Imprisonment

Count #: 2

Manufacture and distribution of cocaine knowing it would be imported into the United States

Title 21, United States Code, Section 959

**\* Max.Penalty**:   Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **OLIVERIO FERNANDO PELAEZ SOLANO, a/k/a "Captian America"**

**Case No:** _____

Count #: 1

Conspiracy to distribute cocaine knowing it would be imported into the United States

Title 21, United States Code, Section 963

* **Max.Penalty:** Life Imprisonment

Count #: 2

Manufacture and distribution of cocaine knowing it would be imported into the United States

Title 21, United States Code, Section 959

* **Max.Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**